

**SO ORDERED.**

**SIGNED this 05 day of February, 2010.**



_____
ROBERT F. HERSHNER, JR.
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

| | |
|---|---|
| Robert L. Scott<br>aka Bob Scott<br>dba Georgia-lina Land Management, Inc<br>Letitia C. Scott<br>aka Tish Scott<br>         Debtor(s) | Case No: 10-30033-RFH<br><br><br><br><br>Chapter 13 |

Robert L. Scott
aka Bob Scott
dba Georgia-lina Land Management, Inc
Letitia C. Scott
aka Tish Scott
        Movant(s)

vs.

Capital One Bank (USA), N.A.
        Respondent

JUDGMENT AVOIDING LIEN

The above and foregoing Motion to Avoid Lien having come on before the Court, upon consideration of the pleadings, the evidence, and the argument of counsel, the Court finds that

Respondent holds a judgment lien on the real and personal property of the debtor(s), and that the existence of said lien impairs exemptions to which the debtor(s) would be entitled under Georgia Law.

IT IS ACCORDINGLY,

ORDERED, ADJUDGED, AND DECREED that the judgment lien of Respondent, evidenced by judgment entered in the Superior Court of Elbert County, Georgia, case number 09-EV-753H **be cancelled upon discharge of Debtor(s) Chapter 13 bankruptcy.** The Clerk of said Court is directed to mark the judgment cancelled of record **as of the date of discharge.**

**END OF TEXT**

Prepared by LEE P. MORGAN
Morgan & Morgan
1090-C Founders Blvd
Athens, GA 30606
(706)548-7070
(706)613-2089 fax