IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                                         Chapter 13
                                               Case No: 10-30033
Robert L. Scott
aka Bob Scott
dba Georgia-Lina Land Management
Letitia C. Scott
aka Tish Scott
       Debtor(s)


AMENDMENT TO DEBTORS' CHAPTER 13 PETITION


NOW COMES the Debtor in the above-styled Chapter 13 proceeding and files this Amendment to the original petition filed in this case. The said Petition is hereby amended as follows:

1. By deleting Schedules B and C in their entirety and substituting in lieu thereof new Schedules B and C, which are made a part hereof by reference.

WHEREFORE, Debtor prays that said Amendment be allowed.

/s/ Lee P. Morgan
Lee P. Morgan
Attorney for Debtors
State Bar No: 522850

MORGAN & MORGAN
ATTORNEYS AT LAW
1090-C FOUNDERS BLVD.
ATHENS, GA 30606
TELEPHONE
(706) 548-7070
FAX
(706) 613-2089

## VERIFICATION

We, Robert L. Scott and Letitia C. Scott, Debtors in the above-styled case, certify that the above Amendment is true and correct to the best of our knowledge.

_____
Robert L. Scott
Debtor

_____
Letitia C. Scott
Debtor

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the above and foregoing Notice and Amendment on the creditors listed on the attached mailing matrix by placing a true copy of the same in the U.S. Mail, properly addressed and with sufficient postage to insure delivery and on the Trustee by ECF.

This _1st_ day of _April_, 2010.

/s/ Lee P. Morgan
Lee P. Morgan
Attorney for Debtors
State Bar No: 522850

MORGAN & MORGAN
ATTORNEYS AT LAW
1090-C FOUNDERS BLVD.
ATHENS, GA 30606
TELEPHONE
(706) 548-7070
FAX
(706) 613-2089

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

ROBERT L. SCOTT
AKA BOB SCOTT
DBA GEORGIA-LINA LAND MANAGEMENT
LETITIA C. SCOTT
AKA TISH SCOTT
    DEBTORS

CHAPTER 13
CASE NO: 10-30033

NOTICE PURSUANT TO LBR 4003-1(b)

ROBERT L. SCOTT AND LETITIA C. SCOTT HAVE FILED PAPERS WITH THE COURT TO AMEND HER PETITION AND CLAIM OF EXEMPT PROPERTY.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

IF YOU DO NOT WANT THE COURT TO ACCEPT THE AMENDMENT OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE AMENDMENT, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE  5/3/10  .

IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE AMENDMENT.

THIS __1st__ DAY OF __April__, 2010.

_____
LEE P. MORGAN
ATTORNEY FOR DEBTORS
STATE BAR NO: 522850

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   Robert L. Scott & Letitia C. Scott  
        Debtor

Case No.   10-30033

Chapter   13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 175,000.00 | | |
| B – Personal Property | YES | 3 | $ 19,225.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 215,287.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 71,202.96 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,766.32 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,264.10 |
| TOTAL | | 20 | $ 194,225.00 | $ 286,490.72 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30603

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Georgia

In re   Robert L. Scott & Letitia C. Scott    Case No.   10-30033

Debtor

Chapter   13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| Average Income (from Schedule I, Line 16) | $ 4,766.32 |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $ 4,264.10 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 5,677.44 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 741.76 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 71,202.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 71,944.72 |

B6B (Official Form 6B) (12/07)

In re  Robert L. Scott & Letitia C. Scott    Case No. 10-30033
           Debtor                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Pinnacle Bank<br>Elberton, GA | J | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furnishings and appliances | J | 1,000.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes at residence | J | 300.00 |
| 7. Furs and jewelry. | | Jewelry | J | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 30603

B6B (Official Form 6B) (12/07) -- Cont.

In re **Robert L. Scott & Letitia C. Scott**          Case No. **10-30033**
                 Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2009 Tax Refund | J | 5,171.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 GMC P/U<br>1995 Camry | J<br>J | 12,000.00<br>1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4 5 3-748 - 30603

B6B (Official Form 6B) (12/07) -- Cont.

In re  Robert L. Scott & Letitia C. Scott  
                Debtor

Case No. 10-30033  
           (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Utility Trailer | J | 4,000.00 |

             0 continuation sheets attached   Total   $ 24,396.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   Robert L. Scott & Letitia C. Scott
        Debtor

Case No.   10-30033
        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 2003 GMC P/U | (Husb)OCGA §44-13-100(3)<br>(Wife)OCGA §44-13-100(3) | 1,044.50<br>1,044.50 | 12,000.00 |
| 1995 Camry | (Husb)OCGA §44-13-100(3)<br>(Wife)OCGA §44-13-100(3) | 750.00<br>750.00 | 1,500.00 |
| Cash on hand | (Husb)OCGA §44-13-100(6)&(1)<br>(Wife)OCGA §44-13-100(6)&(1) | 12.50<br>12.50 | 25.00 |
| Checking Account | (Husb)OCGA §44-13-100(6)&(1)<br>(Wife)OCGA §44-13-100(6)&(1) | 150.00<br>150.00 | 300.00 |
| Household goods, furnishings and appliances | (Husb)OCGA §44-13-100(4)<br>(Wife)OCGA §44-13-100(4) | 500.00<br>500.00 | 1,000.00 |
| Clothes at residence | (Husb)OCGA §44-13-100(4)<br>(Wife)OCGA §44-13-100(4) | 150.00<br>150.00 | 300.00 |
| Jewelry | (Husb)OCGA §44-13-100(5)<br>(Wife)OCGA §44-13-100(5) | 50.00<br>50.00 | 100.00 |
| 2009 Tax Refund | (Husb)OCGA §44-13-100(6)&(1)<br>(Wife)OCGA §44-13-100(6)&(1) | 2,585.50<br>2,585.50 | 5,171.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5 3-748 - 30603

Abbeville Area Med. Ctr.
c/o PMAB LLC
5970 Fairview Road, Suite 800
Charlotte, NC 28210

Amcol Systems/Med. Univ. of SC
111 Lancewood Road
Columbia, SC 29210

Anderson Eye & Ear Assoc.
c/o Data Trac
109 Eaglebrook Drive
Anderson, SC 29621

Anesthesiology Services of Anderson
c/o Merchants Credit Association, Inc.
4110 Clemson Blvd, Suite A
Anderson, SC 29621

Anmed Health
800 North Fant Street
Anderson, SC 29621

Athens Regional Med. Ctr.
1199 Prince Avenue
Athens, GA   30606


Barclays Bank Delaware/Juniper
125 South West Street
Wilmington, DE 19801

Capital One
c/o Portfolio Recovery Assoc
Riverside Commerce Center
120 Corporate Blvd, Suite 100
Norfolk, VA 23502-4962

Capital One
P.O. Box 70884
Charlotte, NC 28272-0884

Capital One
P.O. Box 70884
Charlotte, NC 28272-0884

```
Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848

Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848

Capital One Bank
c/o Frederick J. Hanna & Assoc.
1427 Roswell Road
Marietta, GA 30062

Capital One Bank
P.O. Box 70884
Charlotte, NC 28272-0884

Central Loan Admin & Rep
425 Phillips Blvd
Ewing, NJ 08618

Chase Bank
c/o Portfolio Recovery Assoc
Riverside Commerce Center
120 Corporate Blvd, Suite 100
Norfolk, VA 23502-4962

Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

Chase BP Private Label
P.O. Box 660487
Dallas, TX 75266-0487

Dish Network
c/o GC Services
6330 Gulton Street, Suite 400
Houston, TX 77081

GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061
```

GEMB Financing
P.O. Box 981439
El Paso, TX 79998

HSBC
c/o Portfolio Recovery Assoc
Riverside Commerce Center
120 Corporate Blvd, Suite 100
Norfolk, VA 23502-4962

HSBC
P.O. Box 5222
Carol Stream, IL 60197

LCA Collections
P.O. Box 2240
Burlington, NC 27216

Lowes/GEMB
c/o NCO Financial System
507 Prudential Road
Horsham, PA 19064

Lowes/GEMB
P.O. Box 981064
El Paso, TX 79998-1064

M&I Bank
Marshall & Ilsley Bank
770 N. Water Street
Milwaukee, WI 53202

Merrick Bank
c/o GC Services
6330 Gulfton
Houston, TX 77081

Merrick Bank/Juniper
P.O. Box 23356
Pittsburgh, PA 15222

Old Navy/GE Capital
c/o LVNV Funding, Inc.
P.O. Box 10497
Greenville, SC 29603

```
Old Navy/GEMB
P.O. Box 530993
Atlanta, GA 30353-0993

Piedmont Pathology
c/o Merchants Credit Association, Inc.
4110 Clemson Blvd, Suite A
Anderson, SC 29621

Self Regional Healthcare
c/o CAB Collection Agency
5640 Rivers Ave.
N. Charleston, SC29406

Superior Court of Elbert Co.
Elbert County Courthouse
P.O. Box 763
Elberton, GA 30635

Victoria Secret/WFNNB
P.O. Box 659728
San Antonio, TX 78265-9728

Wells Fargo Home Mortgage
P.O. Box 660455
Dallas, TX 75266-0455
```